**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARY CALLAHAN, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>NUTRIBULLET, L.L.C., a California Limited Liability Company, CAPITAL BRANDS, L.L.C., a California Limited Liability Company, HOMELAND HOUSEWARES, L.L.C., a California Limited Liability Company, CALL TO ACTION, L.L.C., a California Limited Liability Company,  NUTRILIVING, L.L.C., and DOES 1 through 10, inclusive,<br>            Defendants. | Case No.: 2:19-cv-00917-DDP (GJSx)<br><br>District Judge: Hon. Dean D. Pregerson<br><br><br>**ORDER RE: STIPULATION OF DISMISSAL** |

- 1 -

1         Pursuant to the stipulation of the parties under Federal Rule of Civil

2    Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed

3    with prejudice as to all claims, causes of action, and parties, with each party

4    bearing that party's own attorney's fees and costs. The clerk is directed to close the

5    file.

6

7    Dated: June 7, 2023                          _____

8                                                 Judge Dean D. Fregerson
                                                  United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER RE: STIPULATION OF DISMISSAL